UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XAVIER HARRIS                                )<br>9713 Summit Circle, Apartment 3E      )<br>Largo, MD 20774- 3748                    )<br>                                          )<br>      Plaintiff,                          )<br>                                          )<br>      v.                                  )<br>                                          )<br>SAMUEL W. BODMAN, Secretary of Energy,    )<br>1000 Independence Ave., SW                )<br>Washington, DC 20585                      )<br>                                          )<br>      and                                 )<br>                                          )<br>ALBERTO R. GONZALES, Attorney General     )<br>U.S. DEPARTMENT OF JUSTICE                )<br>950 Pennsyvania Ave., NW                  )<br>Washington, DC 20530-0001                 )<br>                                          )<br>      Defendants.                         )<br>_____) | Civil Action No. 06-1848 (JR)<br>Electronic Case Filing |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the U.S. Department of Energy and Department of Justice, Defendants in the above-captioned civil action.

Respectfully submitted,

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555  4th Street, N.W. - Room  E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov