IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XAVIER HARRIS )<br><br>   Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL BODMAN )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 1:06-cv-01848-JR |

### AFFIDAVIT OF SERVICE

I hereby certify that I served a copy of the Summons and Complaint in this action upon the Attorney General at the U.S. Department of Justice, located at 950 Pennsylvania Avenue, NW, Washington, DC, by certfified mail (Article No. 7006-2150-0005-3376-5125). The return reflects that Emmit Parker received the documents on Janurary 29, 2007 (a copy of which is attached as "Exhibit A").

I HEREBY CERTIFY THAT THE STATEMENTS IN THE FOREGOING AFFIDAVIT OF SERVICE ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
MARTIN BROWN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>JAN 2 9 2007 |
| 1. Article Addressed to:<br><br>ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0005 3376 5125 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

EXHIBIT A