# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XAVIER HARRIS | ) |
| | ) Civil Action No. 1:06-cv-01848-JR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL BODMAN | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

I hereby certify that I served a copy of the Summons and Complaint in this action upon Samuel W. Bodman, Secretary of Energy, at the US Department of Eneregy, located at 1000 Independence Avenue, SW, Washington, DC, by certfified mail (Article No. 7006-2150-0005-3376-5118). The return reflects that Mary Trommell received the documents on February 1, 2007 (a copy of which is attached as "Exhibit A").

I HEREBY CERTIFY THAT THE STATEMENTS IN THE FOREGOING AFFIDAVIT OF SERVICE ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
MARTIN BROWN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mary Scammell_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): MARY Trammell
C. Date of Delivery: 2/1/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0005 3376 5118

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT A**