# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| XAVIER HARRIS | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:06-cv-01848-JR |
| | ) |
| v. | ) |
| | ) |
| SAMUEL BODMAN | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

I hereby certify that I served a copy of the Summons and Complaint in this action upon the Civil Process Clerk at the Office of the US Attorney for the District of Coulumbia, located at 555 4th Street, NW, Washington, DC, by certfified mail (Article No. 7006-2150-0005-3376-5132). The return reflects that Emmit Parker received the documents on Janurary 29, 2007 (a copy of which is attached as "Exhibit A").

I HEREBY CERTIFY THAT THE STATEMENTS IN THE FOREGOING AFFIDAVIT OF SERVICE ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
MARTIN BROWN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CIVIL PROCESS CLERK
   OFFICE OF THE US ATTORNEY
   FOR THE DISTRICT OF COLUMBIA
   555 4TH STREET, NW
   WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [illegible]    JAN

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   [signature]
   JAN 2? 07

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0005 3376 5132

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT A