UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XAVIER HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL W. BODMAN, <br> Secretary, U.S. Department of Energy, <br><br> Defendant. | Civil Action No. 06-1848 (JR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: September 27, 2007          Respectfully submitted,

/s/
QUAN K. LUONG

/s/
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078