**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
XAVIER HARRIS,                      :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 06-1848 (JR)
                                    :
SAMUEL W. BODMAN, Secretary,        :
Department of Energy,               :
                                    :
        Defendant.                  :
```

**ORDER**

For the reasons stated in the accompanying memorandum, defendant's motion to dismiss [7] is **GRANTED**.

```
                              JAMES ROBERTSON
                         United States District Judge
```