IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **XAVIER HARRIS** ) | |
| ) | |
| Plaintiff, ) | CASE No. 1:06-CV-01848-JR |
| ) | |
| v. ) | |
| ) | |
| **SAMUEL W. BODMAN** ) | |
| *Secretary, U.S. Department of Energy* ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Xavier Harris appeals to the United States Court of Appeals for the District of Columbia from the final judgment and Order of this court entered in this action on March 11, 2008, granting Defendant's motion for summary judgment.

        Respectfully submitted,
        **XAVIER HARRIS**


        By: ___/s/_____
               Counsel

C. Sukari Hardnett (Federal Bar No. MD14840)
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, MD 20910
Tel: (301) 587-7001